FILED
SEP 15 2026
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MANUEL ZARATE MORALES,<br>Defendant | Case No.: 3:26-cr-03520-TWR<br>**ORDER AND JUDGMENT OF DISMISSAL OF THE INFORMATION WITHOUT PREJUDICE** |

Upon the motion of the United States, and pursuant to Federal Rule of Criminal Procedure 48(a), IT IS HEREBY ORDERED that Counts 1 and 2 of the Information against Defendant in this case are dismissed without prejudice.

SO ORDERED AND ADJUDGED.

DATED: 9/15/26

Todd Robinson

HON. TODD W. ROBINSON
United States District Judge